| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | VINEET GAURI (ILSBN 6242953)<br>Special Assistant United States Attorney |

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3924
Facsimile: (510) 637-3724
Vineet.Gauri@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR-06-00642-WDB |
| Plaintiff, | ) | |
| v. | ) | ORDER OF CONTINUANCE AND<br>EXCLUSION OF TIME UNDER THE<br>SPEEDY TRIAL ACT, 18 U.S.C. § 3161<br>ET SEQ. |
| MATTHEW J. FORRISTAL, | ) | |
| Defendant. | ) | |

## **ORDER**

Based on the reasons provided in the stipulation of the parties, it is ORDERED that the status hearing in the above-titled case set for October 18, 2006, at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for a change of plea on November 2, 2006, at 10:00 a.m.

//

//

- 1 -

It is FURTHER ORDERED that time is excluded under the Speedy Trial Act from October 18, 2006 to November 2, 2006, based on the need of counsel to continue investigating and effectively prepare this case, taking into account the exercise of due diligence.  The Court finds that the ends of justice would be served by granting the continuance.

DATED:   October 18, 2006

_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE