Randall Knox, State Bar No. 113166
870 Market Street, Suite 1152
San Francisco, CA 94102
(415) 765-7500

Attorney for Matthew Forristal

FILED
OCT 3 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | } | No. CR 06-00642 WDB |
| --- | --- | --- |
| Plaintiff, | } | STIPULATION AND [~~PROPOSED~~] ORDER TO PERMIT IN-STATE TRAVEL |
| v. | } | |
| MATTHEW J. FORRISTAL, | } | |
| Defendant. | } | |

IT IS HEREBY STIPULATED between Randall Knox, counsel for defendant Matthew Forristal, and counsel for the United States, Assistant U.S. Attorney Vineet Gauri, with the concurrence of U.S. Pretrial Services Officer Betty Kim, that the terms of defendant's pretrial release be modified to allow defendant to travel within the State of California for employment purposes. The times and anticipated duration of such travel shall be provided in advance to U.S. Pretrial Services.

Dated: October 30, 2006      Respectfully submitted,


                              _/s/_____
                              Randall Knox
                              Attorney for Matthew Forristal

1

cc: WDB's Stats, Copy to parties via ECF.
Pretrial, Financial

```
 1
 2   Dated:  October 27, 2006        _/s/_____
                                     Vineet Gauri
 3                                   Assistant U.S. Attorney
 4
     SO ORDERED.
 5
     Dated: 10/31/06                 /s/ Wayne D. Brazil
 6                                   _____
                                     Wayne D. Brazil
 7                                   U.S. District Magistrate Judge
 8
 9
10
...
28
```

PROOF OF ELECTRONIC SERVICE

U.S. v. Matthew Forristal                    No. CR-06-00642 WDB

I, the undersigned, declare: I am a citizen of the United States, over the age of eighteen years and am not a party to the within action. My business address is 870 Market Street, Suite 1152, San Francisco, CA 94102. I served a true copy of the attached **STIPULATION AND ORDER TO PERMIT IN-STATE TRAVEL** upon the below named persons at the address given below by e-filing on October 30, 2006.

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the City and County of San Francisco, CA on the date next given below.

        **Vineet Gauri, Esq.**
        **Assistant U.S. Attorney**
        **1301 Clay Street**
        **Oakland, CA 94612**

Dated:   October 30, 2006

                                              __/s/_____
                                              Randall Knox