Randall Knox, State Bar No. 113166
870 Market Street, Suite 1152
San Francisco, CA 94102
(415) 765-7500

Attorney for Matthew Forristal

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | No. CR 06-00642 WDB |
| | } | |
| Plaintiff, | } | **STIPULATION AND** |
| | } | **[PROPOSED] ORDER** |
| | } | **CONTINUING STATUS** |
| | } | **CONFERENCE AND EXCLUDING** |
| v. | } | **TIME** |
| | } | |
| | } | |
| | } | |
| MATTHEW J. FORRISTAL, | } | |
| | } | |
| Defendant. | } | |
| _____ | } | |

        Counsel for the defendant, Randall Knox, and counsel for the
United States, Vineet Gauri, stipulate and agree that the status
conference now scheduled for November 2, 2006 at 10:00 a.m., shall
be continued to November 30, 2006 at 10:00 a.m.

        The government has recently provided a draft, unapproved plea
agreement that defense counsel needs to review with the defendant.
In accordance with the stipulation of the parties, the Court finds
that the ends of justice served by granting a continuance outweigh
the interests in a speedy trial because additional time is
reasonable and necessary for effective preparation taking into
account due diligence.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

- 1 -

Dated:   November 1, 2006

                                    __/s/_____
                                    Randall Knox
                                    Attorney for Defendant


Dated:   November 1, 2006

                                    __/s/_____
                                    Vineet Gauri
                                    Assistant U.S. Attorney

SO ORDERED.

Dated: November 1, 2006

IT IS SO ORDERED

Judge Wayne D. Brazil

- 2 -

PROOF OF SERVICE BY MAIL

United States v. Matthew Forristal   No CR06-00642 WDB

    The undersigned states as follows:

       I am a citizen of the United States over the age of 18 years and am not a party to the within action.  My business address is 870 Market Street, Suite 1152, San Francisco, CA 94102.  I served a true copy of the attached STIPULATION AND ORDER CONTINUING STATUS CONFERENCE by placing same in a postage prepaid envelope and depositing same in the United States Mail at San Francisco, CA on November 1, 2006 and by e-filig.  Said envelope was addressed as shown below.

    I declare under penalty of perjury that the above is true and correct and that this declaration was executed in the City and County of San Francisco on the date next given below.

Vineet Gauri
Assistant U.S. Attorney
1301 Clay Street
Oakland, CA 94612


November 1, 2006

_____
Randall Knox
Attorney for Matthew Forristal

- 3 -